IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00010 |
| | ) | Judge Trauger |
| ERIC LAMONT GOODNER | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that the government shall respond to the defendant's Motion For Recommendation to The Bureau of Prisons For a *Nunc Pro Tunc* Designation (Docket No. 44) and defendant's Amended Motion For Recommendation to The Bureau of Prisons For a *Nunc Pro Tunc* Designation (Docket No. 45) by October 9, 2012.

It is so **ORDERED**.

ENTER this 27th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge